Lyle Louis Odo, Platte City, for appellant.

Lisa Harris, City Prosecutor, Platte City, for respondent.

Before FENNER, P.J., and SPINDEN and SMART, JJ.

### ORDER

PER CURIAM.

Roland B. Miller, Jr. appeals from a judgment entered against him after a jury found him guilty of violating Platte City Code § 205.080. Defendant Miller was fined $500.00 and sentenced to fifteen days in the Platte County Jail.

Judgment is affirmed.

CITY OF PLATTE CITY, Respondent,

v.

**Roland B. MILLER, Jr., Appellant.**

**No. WD 46869.**

Missouri Court of Appeals, Western District.

June 22, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 27, 1993.

Application to Transfer Denied Sept. 28, 1993.

Lyle Louis Odo, Platte City, for appellant.

Lisa Harris, City Prosecutor, Platte City, for respondent.

Before FENNER, P.J., and SPINDEN and SMART, JJ.

### ORDER

PER CURIAM.

Roland B. Miller, Jr. appeals from a judgment entered against him after a jury found him guilty of violating Platte City Ordinance No. 11–220. Defendant Miller was fined $500.00.

Judgment is affirmed.

STATE of Missouri, Plaintiff–Respondent,

v.

**Paul WILLIAMS, Defendant–Appellant.**

**No. 18300.**

Missouri Court of Appeals, Southern District, Division Two.

June 25, 1993.

Motion for Rehearing or to Transfer Denied July 19, 1993.

Application to Transfer Denied Sept. 28, 1993.

